```
                    FILED
              CLERK, U.S. DISTRICT COURT

              January 23, 2014

            CENTRAL DISTRICT OF CALIFORNIA
            BY:    VPC    DEPUTY
```

# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| MICHAEL and KATHERINE NEUMANN,<br><br>                Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY business entity form unknown, and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. CV12-10714 SJO (SHx)<br><br>[Judge S. James Otero– Courtroom 1]<br><br>**JUDGMENT RE: DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 13, 2014<br>Time: 10:00 a.m.<br>Ctrm: 1<br><br>Discovery Cut-Off: December 16, 2013<br>Pre-Trial Conference: March 10, 2014<br>Trial: March 18, 2014<br><br>Complaint Filed: September 24, 2012 |

1  The Court, having granted defendant Allstate Insurance Company's motion for
2  summary judgment by its Order entered on January 23, 2014, hereby enters judgment in
3  favor of defendant Allstate Insurance Company and against plaintiffs Michael and
4  Katherine Neumann.

5  It is further ordered and adjudged that plaintiffs Michael and Katherine Neumann
6  shall pay defendant Allstate Insurance Company its reasonable costs of suit as
7  determined by the Clerk of Court according to proof.

DATED: January 23, 2014.

*/s/ S. James Otero*

S. James Otero
United States District Court Judge

USW 804103369.1